# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**KEYSHAUN FRANK LEFT HAND**     No. **CR 19-85-BLG-SPW**

DOB: ____1999____     **PETITION TO OPEN JUVENILE RECORDS**

SSN: __XXX-XX-6753__

Whereas the above-named defendant has been found guilty of the offense of <u>Assault Resulting in Substantial Bodily Injury to a Dating Partner, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7),</u> in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

November 18, 2019
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this _18th_ day of _November_, 2019.